IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 09-cr-00043-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

KAREN NIKOLYAN,

    Defendant.

---

## MOTION TO DISMISS INDCTMENT

---

The United States moves to dismiss the indictment in this matter on the ground the defendant has been returned to the United States following his extradition from the Republic of Georgia, and this case was not within the subject matter of the extradition request made by the United States to the Republic of Georgia. Under the extradition treaty between the United States and Georgia prosecution or punishment is limited to offenses described in the extradition request.

The government advises the court of the following:

    1.    The basis for the indictment in this matter is the defendant's alleged failure to appear for a sentencing hearing in *United States v. Karen Nikolyan*, 07-cr-00260-WJM, United States District Court for the District of Colorado. In that case, the defendant allegedly failed to appear for sentencing, which resulted in the issuance of an arrest warrant. The Assistant United States Attorney responsible for the prosecution of

the defendant in both cases retired from the United States Department of Justice in or about 2011.

2. In March 2019, the United States Attorney's Office for the District of Colorado (USAO) was advised by the Office of International Affairs of the Department of Justice (OIA) that the defendant was located in the Republic of Georgia. The OIA issued a request for a provisional arrest warrant to the Republic of Georgia based upon the arrest warrant in 07-cr-00260. The existence of the warrant in this matter, 09-cr-00043, was not known to OIA, most likely because it had not been entered into NCIC. In March 2019, the defendant was arrested in the Republic of Georgia based upon the issuance of a provisional arrest warrant by the Republic of Georgia.

3. OIA advised the USAO of the provisional arrest warrant and arrest. The USAO, by undersigned counsel, prepared a formal extradition request based upon the provisional arrest request of OIA. Undersigned counsel did not have actual knowledge of the existence of the indictment in this matter at the time of the extradition request.

3 "[A] person who has been brought within the jurisdiction of the court, by virtue of proceedings under an extradition treaty, can only be tried for one of the offenses described in that treaty, and for the offense with which he is charged in the proceedings for his extradition, until a reasonable time and opportunity have been given him, after his release or trial upon such charge, to return to the country from whose asylum he had been forcibly taken under those proceedings." *United States v. Rauscher*, 119 U.S. 407, 430, 433, 7 S.Ct. 234, 248(1886).

4. Although the government cannot proceed with the prosecution of the

defendant while he is within the jurisdiction of the United States due to his extradition from Georgia, the government arguably could proceed with his prosecution after he completes his sentence in 07-cr-00260, and after he is returned to his home country. However, the government sees little to be gained by prolonging the process.

5. Counsel for the defendant in 07-cr-00260 has expressed the defendant does not object to the dismissal of the indictment.

WHEREFORE, the government moves to dismiss the indictment in this matter in under the above-noted treaty provisions and in the interest of justice.

Respectfully submitted,

JASON DUNN
UNITED STATES ATTORNEY

*s/ Robert Brown*
ROBERT BROWN
Assistant U.S. Attorney
1801 California St, Suite 1600
Denver, CO 80202
Telephone: 303-454-0100
E-mail: Robert.Brown5@usdoj.gov

## **CERTIFICATE OF SERVICE**

I certify that on this 20th day of August, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record in this case.

I further certify that I have sent the document to the non CM/ECF participant via United States mail to the following participant:

Harvy Steniberg  
Springer & Steinberg, P.C.  
1600 Broadway St, #1200 Denver, CO 80202

By: *s/ Glenda Galloway*
    Legal Assistant
    United States Attorney's Office